DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADEM ALBRA,**
Appellant,

v.

**LESLIE JOSEPH SZENDY,**
Appellee.

No. 4D20-429

[September 17, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE19003942.

Adem Albra, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***